THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| STEPHANIE SUZANNE VANDUKER,<br><br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | **MEMORANDUM DECISION AND ORDER VACATING ORDER OF DISMISSAL AND JUDGMENT AND REOPENING CASE**<br><br>Case No. 4:21-cv-00114-DN<br><br>District Judge David Nuffer |

Movant Stephanie Suzanne Vanduker filed a motion challenging her conviction and sentence under 28 U.S.C. § 2255 ("§ 2255 Motion").[1] On January 26, 2022, a Memorandum Decision and Order[2] and a Judgment[3] entered denying and dismissing the § 2255 Motion as untimely under § 2255's one-year limitation period. However, the Memorandum Decision and Order and Judgment contain an error in calculating the date on which the one-year limitation period began to run. The Memorandum Decision and Order calculated the date Ms. Vanduker's judgment of conviction became final as October 12, 2020.[4] This was based on Supreme Court Rule 13's 90-day deadline for filing a petition for a writ of certiorari from the date of entry of the judgment or order sought to be reviewed.[5]

---

[1] Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 Motion"), docket no. 1, filed Nov. 22, 2021.

[2] Memorandum Decision and Order of Dismissal ("Memorandum Decision and Order"), docket no. 7, filed Jan. 26, 2022.

[3] Judgment in a Civil Case ("Judgement"), docket no. 8, filed Jan. 26, 2022.

[4] Memorandum Decision and Order at 4.

[5] S.Ct.R. 13-1.

By order entered March 19, 2020, the Supreme Court temporarily extended the 90-day deadline for filing a petition for a writ of certiorari to 150 days.[6] This temporary extension applies to Ms. Vanduker's § 2255 Motion and extended the date on which her judgment of conviction became final to December 11, 2020.

Mr. Vanduker filed her § 2255 Motion on November 22, 2021, within one year after the date on which her judgment of conviction became final. Therefore, the § 2255 Motion is not untimely and Ms. Vanduker's claim is not barred by § 2255's one-year limitations period. The Memorandum Decision and Judgment must be VACATED to correct this error.

## ORDER

IT IS HEREBY ORDERED that the Memorandum Decision and Order[7] and Judgment[8] denying and dismissing Ms. Vanduker's § 2255 Motion are VACATED.

IT IS FURTHER ORDERED that this action is REOPENED.

IT IS FURTHER ORDERED that Ms. Vanduker's § 2255 Motion will be reviewed under the Rules Governing Section 2255 Proceedings for the United States District Courts to determine if a response from the government is necessary.

Signed January 27, 2022.

BY THE COURT

David Nuffer
United States District Judge

---

[6] Order List: 589 U.S. (Mar. 19, 2020).

[7] Docket no. 7, filed Jan. 26, 2022.

[8] Docket no. 8, filed Jan. 26, 2022.